**SO ORDERED.**

**Dated: October 25, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

*Submitted By:*
Randy Nussbaum, SBN 006417
Gregory P. Gillis, SBN 011214
Vishnu R. Jonnalagadda, SBN 025562
**NUSSBAUM & GILLIS, P.C.**
14500 N. Northsight Blvd., Suite 116
Scottsdale, AZ 85260
(480) 609-0011
rnussbaum@nussbaumgillis.com
ggillis@nussbaumgillis.com
vjonnalagadda@nussbaumgillis.com

*Attorneys for Barett J. Huffmyer, d/b/a DCB Family, LLC, f/d/b/a Provision Surgical, and Cameron N. Huffmyer.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BARETT J. HUFFMYER, d/b/a DCB Family, LLC, f/d/b/a/ Provision Surgical and CAMERON n. HUFFMYER,<br><br>Debtors.<br><br>ST. MICHAEL'S CENTER FOR SPECIAL SURGERY-PHOENIX, LLC, an Arizona limited liability company, and SURGEON'S MANAGEMENT, INC., a Texas Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BARETT J. HUFFMYER, d/b/a DCB Family, LLC, f/d/b/a/ Provision Surgical and CAMERON N. HUFFMYER,<br><br>Defendants. | In Proceedings Under Chapter 7<br><br>Case No. 2:09-bk-16419-RTB<br><br>Adv. No. 2:09-ap-01360<br><br>**ORDER GRANTING STIPULATION TO DISMISS ADVERSARY WITH PREJUDICE**<br><br>(Assigned to the Honorable Redfield T. Baum) |

**WHEREFORE** Plaintiff, St. Michael's Center for Special Surgery-Phoenix, LLC and Surgeon's Management, Inc. (together, the "Plaintiffs") and Defendants, Barett J. Huffmyer and Cameron N. Huffmyer (together, the "Defendants," and collectively with the Plaintiffs, the "Parties"), upon the conclusion and review of discovery in the above-referenced Chapter 11 adversary proceeding (the "Adversary"), have filed a "Stipulation" [DE #29] to dismiss the

1 Adversary, with prejudice, with each of the Parties to bear their own attorneys' fees and costs;
2 and for good cause appearing therefrom;

3 **IT IS HEREBY ORDERED** granting the Stipulation, and accordingly, dismissing the
4 Adversary, with prejudice, with each of the Parties to bear their own attorneys' fees and costs
5 incurred in connection with the Adversary.

6 **IT IS HEREBY FURTHER ORDERED** confirming that Defendants are granted a
7 discharge of the subject debt in the Adversary pursuant to Bankruptcy Code §§ 523 and 727.

8 **IT IS HEREBY FURTHER ORDERED** that the Adversary shall be closed.

**[DATED AND SIGNED ABOVE]**

NUSSBAUM & GILLIS, P.C.
ATTORNEYS AT LAW
14500 N. NORTHSIGHT BLVD, SUITE 116
SCOTTSDALE, ARIZONA 85260
480-609-0011